AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | IOWA |

RECEIVED
07 JAN 24 PM 2: 1
CLERK U.S. DISTRICT CC
SOUTHERN DISTRICT OF

UNITED STATES OF AMERICA

V.

GARFIELD KIRK ATKINS,
a/k/a Gary Atkins,
a/k/a Gary Atkinson,
a/k/a Henry Mitchell

**CRIMINAL COMPLAINT**

CASE NUMBER: 4-07-MJ-16



07-25M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**Count 1**
**(Conspiracy to Distribute Marijuana)**

From in or around January 2000, until October 25, 2006, in the Southern District of Iowa, the defendant, GARFIELD KIRK ATKINS, a/k/a Gary Atkins, a/k/a Gary Atkinson, a/k/a Henry Mitchell, knowingly and intentionally conspired with others to distribute 1,000 kilograms or more of marijuana, a Schedule I controlled substance in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

I further state that I am a(n) <u>agent with the Drug Enforcement Administration (DEA)</u> and that this Complaint is based on the following facts:

**See Affidavit attached and incorporated**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
S/A Korey F. Bearden
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

January 24, 2007                     at    Des Moines, Iowa
Date                                        City and State

Thomas J. Shields
U.S. Magistrate Judge
Name & Title of Judicial Officer           Signature of Judicial Officer

## AFFIDAVIT

I, Korey F. Bearden, am a duly sworn Special Agent with the Drug Enforcement Administration, having been so employed since November 2002. The Attorney General has empowered me with Title 21 Authority under the United States Code, which authorizes seizures and arrests for violations of the Controlled Substances Act. I have been involved in several investigations which have resulted in numerous arrests and seizures of controlled substances. Since October 25, 2006, I have been involved in an investigation concerning money laundering and the trafficking of marijuana throughout the United States utilizing Interstate 80, to which a portion is located in the Southern District of Iowa. I have also reviewed reports of investigation and spoke with Special Agents with the Drug Enforcement Administration Philadelphia Division Office and Houston Division Office, Troopers with the Iowa State Patrol, and Special Agents from the Iowa Division of Narcotics Enforcement (DNE) who were further involved in the investigation. My investigation has shown the following events in paragraphs 1 through 11.

1. On April 6, 2004, Drug Enforcement Administration (DEA) Special Agents in Philadelphia, Pennsylvania conducted an interview with a DEA Cooperating Source, hereafter referred to as CS. Agents presented the CS with a Pennsylvania Identification Card photograph of Dale MONCRIEFFE. The CS identified the person in the photograph as the person known to the CS as George GOODMAN, hereafter referred to as MONCRIEFFE. The CS stated MONCRIEFFE was the leader of a marijuana,

1

cocaine, and PCP drug trafficking organization operating in Philadelphia, Pennsylvania. Agents presented the CS with a Philadelphia Police Department arrest photograph of Henry MITCHELL, aka Gary ATKINSON, aka Gary ATKINS, aka Garfield Kirk ATKINS. The CS identified the person in the photograph as the person known to the CS as "GARY", hereafter referred to as ATKINS. The CS stated ATKINS was MONCRIEFFE's right hand man in MONCRIEFFE's drug trafficking organization. The CS stated ATKINS delivered marijuana for MONCRIEFFE in quantities of one hundred (100) pounds of greater. The CS stated that ATKINS utilized several vehicles, including a Lexus and a Range Rover.

2. DEA Philadelphia Special Agents then drove the CS around Philadelphia, Pennsylvania. The CS identified a residence utilized by Dale MONCRIEFFE and his wife Noreen MONCRIEFFE. The CS also identified a residence at as a residence the CS associated with ATKINS. The CS stated that ATKINS had moved from to an unknown apartment within the last year.

3. DEA Philadelphia Special Agents conducted a query through DEA files and found that on June 14, 2000, Gary ATKINS had been arrested with approximately twenty-six (26) pounds of purported marijuana. At the time of his arrest, ATKINS was associated with a vehicle that was registered to George GOODMAN with a listed address of

4. DEA Philadelphia Special Agents conducted routine surveillance on the residence of

2

Dale MONCRIEFFE. On several occasions, agents observed a Lexus bearing Pennsylvania registration ENZ-3318 parked in the area. A query through the Pennsylvania D.O.T. showed the vehicle was registered to Gary ATKINS.

5. On November 30, 2004, DEA Philadelphia Special Agents conducted additional surveillance on MONCRIEFFE's residence. Agents observed ATKINS' Lexus parked in the area and further observed ATKINS personally, as he met with Dale MONCRIEFFE in front of the residence.

6. On October 25, 2006, State Troopers with the Iowa State Patrol conducted a traffic stop on a semi tractor trailer westbound on Interstate 80 near Des Moines, Iowa. Troopers found that the semi tractor was occupied three subjects, including a subject identified by a Florida Driver's License as George A. GOODMAN. During a consent search of the semi tractor trailer, Troopers discovered a suitcase that was found to contain $921,520.00 in U.S. Currency. All three occupants were detained as a result of the seizure. DEA Des Moines Special Agents and Task Force Officers were called to assist in the investigation and conducted post Miranda interviews with the aforementioned subjects. Through the investigation, Agents identified GOODMAN as Dale MONCRIEFFE and later arrested him on the charge of Conspiracy to Distribute Marijuana. Evidence, including packaging material from the bulk U.S. Currency, was submitted to the Iowa Division of Criminal Investigation (DCI) Forensic Laboratory for analysis.

3

7. Since Dale MONCRIEFFE's incarceration, DEA Des Moines Special Agents have obtained audio recordings of outgoing telephone calls placed by Dale MONCRIEFFE from the Polk County Jail. Agents found that during several of the telephone calls to his wife Noreen MONCRIEFFE, Dale MONCRIEFFE directed her to place three way telephone calls to assorted subjects. One of the aforementioned subjects was a male MONCRIEFFE referred to as GARY, DREADS, DUMB DUMB, and JAMES. During additional telephone calls to his wife, Dale MONCRIEFFE and Noreen MONCRIEFFE spoke about GARY providing money to various persons, including Noreen MONCRIEFFE. Further, Dale MONCRIEFFE at times would caution Noreen MONCRIEFFE when she spoke the name GARY to him (MONCRIEFFE) out loud over the telephone. Dale MONCRIEFFE reminded Noreen MONCRIEFFE on several occasions that the jail telephone calls were recorded.

8. On December 19, 2006, DEA Des Moines Special Agents conducted a proffer interview with a Cooperating Defendant, hereafter referred to as CD. The CD was cooperating with the government with the understanding that said cooperation would be brought to the attention of the United States Attorney's Office and the U.S. District Court for the Southern District of Iowa for consideration at sentencing. The CD stated that the CD has known Dale MONCRIEFFE since approximately 2000. The CD stated that the CD brought shipments of marijuana to MONCRIEFFE in Philadelphia, Pennsylvania and hauled bulk U.S. Currency back to California for MONCRIEFFE. The CD estimated that from 2000 to 2006, the CD brought over 6,000 pounds of marijuana to the MONCRIEFFE organization in Philadelphia, Pennsylvania and hauled over 20 million

4

dollars back west for the organization. Agents presented the CD with a Philadelphia Police Department arrest photograph of Henry MITCHELL, aka Gary ATKINSON, aka Gary ATKINS, aka Garfield ATKINS. The CS identified the person in the photograph as the person known to the CD as "DREADS" or "GARY", hereafter referred to as ATKINS. The CD stated ATKINS has been involved with MONCRIEFFE in the marijuana trafficking organization for as long as the CD has known MONCRIEFFE. The CD stated ATKINS was almost always present with MONCRIEFFE when the marijuana arrived in Philadelphia and would assist MONCRIEFFE in transporting the marijuana to the storage locations. The CD explained that MONCRIEFFE was responsible for getting the marijuana to Philadelphia and that ATKINS was responsible for getting the marijuana to the "streets". The CD stated ATKINS also assisted MONCRIEFFE in collecting money from the sale of the marijuana. The CD stated on one occasion, ATKINS participated in making up a "dirty pallet" with approximately 2 million dollars in U.S. Currency that was later transported back to California and provided to the marijuana source organization.

9. On January 5, 2007, DEA Des Moines Special Agents were contacted by the fingerprint section of the DCI laboratory. Agents had previously learned from the DCI laboratory that latent prints had been located on the packaging material used to package the $921,520 seized on October 25, 2006. Further, Agents had previously requested the laboratory check those latent prints against fingerprints maintained on file by the Federal Bureau of Investigation (FBI) for several subjects, including Garfield Kirk ATKINS. Fingerprint analysis confirmed that the fingerprints on file with the FBI for Garfield Kirk

5

ATKINS matched latent prints recovered from the packaging material on the $921,520 seized on October 25, 2006.

10. By reviewing the audio recordings of the jail telephone calls placed by Dale MONCRIEFFE, Agents determined that Noreen MONCRIEFFE had placed three way calls to cellular telephone number             when she attempted to reach ATKINS. Agents subsequently served an administrative subpoena to T-Mobile for the subscriber information maintained on the aforementioned telephone number. On January 8, 2007, T-Mobile complied with the subpoena and advised cellular telephone number          was assigned to Melissa McEACHRON with a mailing address of            , North Miami Beach, Florida.

11. On January 12, 2007, DEA Des Moines Special Agents met with Immigration and Customs Enforcement (ICE) Special Agents in Des Moines, Iowa. Agents reviewed an immigration file maintained by ICE on Garfield Kirk ATKINS. During the review, Agents located paperwork within ATKINS' file that identified Althea LAING as ATKINS' mother and listed her address as             , North Miami Beach, Florida.

Based upon the aforementioned, your affiant believes there is probable cause to arrest Garfield Kirk ATKINS, aka Gary ATKINS, aka Gary ATKINSON, aka Henry MITCHELL on the charge of Conspiracy to Distribute Marijuana, a controlled substance, in violation of Title 21 United States Code, Sections 846, 841(a)(1) and

6

841(b)(1)(A).

_____
Korey F. Bearden, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 24th day of January, 2007

_____
Hon. Thomas J. Shields, Magistrate Judge
United States District Court
Southern District of Iowa

I DO HEREBY ATTEST AND CERTIFY THAT THIS IS A TRUE AND FULL COPY OF THE ORIGINAL.
DATE: January 24, 2007
MARJORIE E. KRAHN
CLERK, U.S. DISTRICT COURT
BY: _____
DEPUTY CLERK

7