IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-25 M |
| ) | |
| GARFIELD KIRK ATKINS ) | |
| a.k.a. Gary Atkins ) | |
| a.k.a. Gary Atkinson ) | |
| a.k.a. Henry Mitchell ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR DETENTION PENDING TRANSFER

**NOW COMES** the United States and moves for the detention of the defendant pending his transfer to the Southern District of Iowa pursuant to 18 U.S.C. § 3142(e) and (f) and Rule 5(c)(3) of the Federal Rules of Criminal Procedure. In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

    \_X\_\_  Maximum sentence life imprisonment or death

    \_X\_\_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    \_\_\_\_  Minor victim

    \_\_\_\_  Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_\_  Failure to register under 18 U.S.C. § 2250

    \_X\_\_  Serious risk defendant will flee

    \_\_\_\_  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_    Defendant's appearance as required

    _X_    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will)/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    _X_    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ___    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___    At first appearance

    _X_    After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

    ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 7 day of February 2007

                          Respectfully submitted,

                          COLM F. CONNOLLY
                          United States Attorney

BY: _____
                          Douglas McCann
                          Assistant United States Attorney