UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-25M-MPT |
| | : | |
| Garfield Atkins | : | |
| | : | |
| Defendant. | : | |
| | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson Bostic, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Garfield Atkins, in the above-captioned matter.


/s/
EDSON BOSTIC, ESQUIRE



/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

DATED: February 9, 2007

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Garfield Atkins, hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on February 9, 2007, to:

Douglas Edward McCann
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

DATED: February 9, 2007