# United States District Court

_____SOUTHERN_____ DISTRICT OF _____IOWA_____

UNITED STATES OF AMERICA

V.

GARFIELD KIRK ATKINS,
 a/k/a Gary Atkins,
 a/k/a Gary Atkinson,
 a/k/a Henry Mitchell

**WARRANT FOR ARREST**

CASE NUMBER: 4-07-MJ-16

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____GARFIELD KIRK ATKINS_____
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Distribute Marijuana in violation of Title 21, United States Code, Sections 846 & 841(b)(1)(A).

Thomas J. Shields
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

January 24, 2007, Des Moines, IA
Date and Location

Bail fixed at $_____  by _____
                                                                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at New Castle, DE | | |
| DATE RECEIVED 01-24-07 | NAME AND TITLE OF ARRESTING OFFICER Korey Bearcw, SA | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 02-01-07 | | |