

**WAYNE SACHS**
ATTORNEY AT-LAW

February 16, 2007

**BY FAX**
Honorable Judge Mary Pat Thynge
United States Magistrate Judge
United States District Court—District of Delaware

> Attn: Courtroom Deputy Keith Kincaid
> Fax Number: (302) 573- 6128

**RE : U.S. v. Garfield Atkins  (07-22M) (4:06-CR-250)**

Dear Honorable Judge Thynge:

    Please be advised that I represent the above-referenced Defendant who is now scheduled to appear before the Court on February 20th, 2007 for a Removal Hearing pursuant to Fed. R. Cr. P. 40. The purpose of this letter is to request a continuance of this proceeding.

    I have been in preliminary discussions with the assigned prosecutor AUSA Scorpiniti in the Southern District of Iowa concerning the ultimate resolution in this matter. It appears likely that the case will be resolved via Fed. R. Cr. P. 40 in another district, although it is unclear at this time if this will be in Wilmington or in Philadelphia.

    AUSA McCann has no objection to this request. Additionally please note that Defendant Atkins waives all speedy trial rights with respect to this procedure.

Respectfully submitted,

Wayne Sachs, Esq

Cc:   **VIA FAX**
AUSA McCann (Fax Number: 302 573- 6220)
Assistant Federal Defender Koyste (Fax Number: 302 573-6041)

FILED
FEB 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1518 WALNUT STREET    SUITE 702    PHILADELPHIA, PA 19102    PHONE: 215.854.8440    EMAIL. BUENIDEA@AOL.COM