AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.

Garfield Kirk Atkins

COMMITMENT TO ANOTHER DISTRICT

CASE NUMBER: 07-25M-MPT

The defendant is charged with a violation of __21__ U.S.C. __846__ alleged to have been committed in the __Southern__ District of __Iowa__.

Brief Description of Charge(s):

Conspiracy to distribute marijuana

FILED
MAR 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

No detention hearing occurred in the transferring jurisdiction and at the time of the initial appearance, defendant did not contest detention for the purpose of transfer and preserved his right to a detention hearing in the S.D. of Iowa which was granted.

~~The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143~~

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and _expeditiously_ transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

March 14, 2007
Date

_[signature]_
Judicial Officer

**RETURN**

| This commitment was received and executed as follows: |||
|---|---|---|
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |