OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

March 16, 2007

Clerk of Court
123 E. Walnut St., Room 300
P. O. Box 9344
Des Moines, IA 50306-9344



FILED
MAR 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: USA v. Atkins
Case Number: 07-25M (MPT)
Charging District Case Number: 07mj16

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Evette Watson
Deputy Clerk

eew
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____.
                                                          (date)

_____
Signature

_____
Title